IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM WILSON,<br><br>         Plaintiffs,<br><br>   v.<br><br>LIC CANALES ENTERPRISES, LLC,<br><br>         Defendant. | Civil Action No. 1:23-cv-1220 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.  Whereas Plaintiff Sam Wilson filed the above-referenced case against Defendant Lic Canales Enterprises, LLC, on November 22, 2023.

2.  Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.  Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: January 17, 2024              Respectfully Submitted,

                                     */s/ Benjamin Sweet*
                                     Benjamin J. Sweet
                                     ben@nshmlaw.com
                                     **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                     1145 Bower Hill Road, Suite 104
                                     Pittsburgh, PA 15243

                                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 17th day of January, 2024.

                                             */s/ Benjamin J. Sweet*
                                             Benjamin J. Sweet